

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Norfolk Division

ACT II JEWELRY, LLC d/b/a lia sophia )
           Plaintiff )
        v. )
MU YING ZHU d/b/a 2008JEWELRYQUEEN, )   Civil Action No. 2:09cv407
JAMES R. MULLINS, Defendant )
and JOHN DOES 1-10 )
          **Summons in a Civil Action**

FILED
AUG 28 2009
CLERK, US DISTRICT COURT
NORFOLK, VA

To: *(Defendant's name and address)*

MU YING ZHU d/b/a 2008JEWELRYQUEEN
309 Woodland Drive
Franklin, VA 23851

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Barry Dorans, Esq.                  Milton Springut, Esq.
Wolcott Rivers Gates, P.C.       Kalow & Springut LLP
301 Bendix Road, Suite 500       488 Madison Avenue
Virginia Beach, VA 23452         New York, NY 10022

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
Name of clerk of court

Date: 8/19/09

L. Woodcock    Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _Mu Ying Zhu_, by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _James R. Mullins, Husband_ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____.

My fees are $ ___-___ for travel and $ _45.00_ for services, for a total of $ _0.00_.

Date: _8-20-09 @ 1527_

_Margaret H G____
Server's signature

_Margaret H Guinn_
Printed name and title

**M&S AT YOUR SERVICE**
694 Kingsale Road
Suffolk, VA  23437
757-657-9393

Server's address

## M&S at your service
694 Kingsale Road   Suffolk, VA 23437
Phone: (888) 637-9393
Return on Service

| | |
|---|---|
| Plaintiff: ACT II JEWELRY, LLC D/B/A LIA SOPHIA | Cost of Service: $45.00<br>ID # 25929 |
| Defendant: MU YING ZHU D/B/A 2008JEWELRYQUEEN, JAMES R. MULLINS & JOHN DOES 1-10 | Atty File : |
| | U S DISTRICT EASTERN VIRGINIA NORFOLK |
| Served: MU YING ZHU D/B/A 2008JEWELRYQUEEN<br>309 WOODLAND DR.<br>FRANKLIN, VA 23851 | Case No. 2:09cv407<br>Return By: |
| Writ: SUMMONS IN A CIVIL ACTION & ATTACHMENTS | |
| Attorney BARRY DORANS<br>WOLCOTT, RIVERS, GATES [DORANS]<br>301 BENDIX ROAD, SUITE 500<br>VIRGINIA BEACH, VA 23462 6765 | Phone Number (757) 497-6633<br>Fax Number (757) 497-7267 |

Witness / Defendant MU YING ZHU D/B/A 2008JEWELRYQUEEN was served according to law, as indicated below:

SUBSTITUTED SERVICE: Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode, by delivering a copy of the said process and giving information of its purport at his/her usual place of abode to the following named person, who is a member of his/her family and is other than a temporary sojourner or guest and who is the age of 16 years or older.
JAMES R. MULLINS, HUSBAND

I, M. H. GUINN hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy

Served Date: **8/20/09**   TIME: **1527**

_____
Signature of Process Server

**NOTARY**

State of Virginia, City of Suffolk

I, the undersigned, a Notary Public in and for the above mentioned jurisdiction, hereby certify that before me appeared the Process Server who, under oath, stated that service was made as stated above. Sworn and subscribed before me on this **Friday, August 21, 2009**

_____ My Commission Expires: **6-30-13**
Notary Public

**REMARKS   OUT OF AREA RUSH SERVICE**

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
Eastern District for the of Virginia
Norfolk Division

ACT II JEWELRY, LLC d/b/a lia sophia  )
_____Plaintiff_____      )
                  v.                  )
MU YING ZHU d/b/a 2008 JEWELRYQUEEN,  )   Civil Action No.  2:09cv407
_____Defendant_____      )
JAMES R. MULLINS, and                 )
JOHN DOES 1-10                        )
                                      )   Summons in a Civil Action

To: *(Defendant's name and address)*

JAMES R. MULLINS
309 Woodland Drive
Franklin, VA 23851

FILED
AUG 28 2009
CLERK, US DISTRICT COURT
NORFOLK, VA

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Barry Dorans, Esq.                Milton Springut, Esq.
Wolcott Rivers Gates, P.C.        Kalow & Springut LLP
301 Bendix Road, Suite 500        488 Madison Avenue
Virginia Beach, VA 23452          New York, NY 10022

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                  Fernando Galindo
                                  _____
                                  Name of clerk of court

Date: __8/19/09__                 [signature]
                                  L. Woodcock    Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __James R. Mullins__
by:

   (1) personally delivering a copy of each to the individual at this place, __309 Woodland Dr Franklin, VA 23851__ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

   (4) returning the summons unexecuted to the court clerk on _____ ; or

   (5) other (specify) _____

My fees are $ _____ for travel and $ __30.00__ for services, for a total of $ __0.00__ .

Date: __8-20-09 @ 1527__        _Margaret H Guinn_ (Server's signature)

                                          Margaret H Guinn
                                          Printed name and title

                                       **M&S AT YOUR SERVICE**
                                       694 Kingsale Road
                                       Suffolk, VA  23437
                                       757-657-9393
                                       Server's address

# *M&S at your service*

*694 Kingsale Road    Suffolk, VA 23437*
*Phone: (888) 657-9393*

**Return on Service**

|  |  |
|---|---|
| | Cost of Service: $30.00 |
| Plaintiff: ACT II JEWELRY, LLC D/B/A LIA SOPHIA | ID # 25930 |
| Defendant: MU YING ZHU D/B/A 2008JEWELRYQUEEN, JAMES R. MULLINS & JOHN DOES 1-10 | Atty File : |
| | U S DISTRICT EASTERN VIRGINIA NORFOLK |
| Served: JAMES R. MULLINS  309 WOODLAND DR.  FRANKLIN, VA 23851 | Case No. 2:09cv407  Return By: |
| Writ: SUMMONS IN A CIVIL ACTION & ATTACHMENTS | |
| Attorney BARRY DORANS  WOLCOTT, RIVERS, GATES [DORANS]  301 BENDIX ROAD, SUITE 500  VIRGINIA BEACH, VA 23462 6765 | Phone Number (757) 497-6633  Fax Number (757) 497-7267 |

Witness / Defendant JAMES R. MULLINS was served according to law, as indicated below:

**PERSONAL SERVICE: By delivering a copy of the above described process in writing to him / her in person.**

I, M. H. GUINN hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy

Served Date: **8/20/09**    TIME: **1527**

_____
Signature of Process Server

**NOTARY**

State of Virginia, City of Suffolk

I, the undersigned, a Notary Public in and for the above mentioned jurisdiction, hereby certify that before me appeared the Process Server who, under oath, stated that service was made as stated above. Sworn and subscribed before me on this **Tuesday, August 25, 2009**

_____ My Commission Expires: __6-30-13__
Notary Public

**REMARKS    2ND OUT OF AREA RUSH SERVICE**

