# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| ACT II JEWELRY, LLC<br>d/b/a lia Sophia, )<br>    )<br>    Plaintiff, )<br>    )<br>vs. )<br>    )<br>MU YING ZHU d/b/a )<br>2008JEWELRYQUEEN, )<br>JAMES R. MULLINS, and )<br>JOHN DOES 1-10, )<br>    )<br>    Defendants. ) | Civil Action No. 2:09cv407 |

_____

## CONSENT MOTION FOR
## EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

COME NOW Defendants Mu Ying Zhu ("Zhu") and James R. Mullins ("Mullins") (collectively referred to as "Defendants"), by counsel, and with the consent of the Plaintiff, respectfully move for an Order extending the time to file responsive pleadings until October 5, 2009. As grounds for this Motion, Defendants state as follows:

1. Plaintiff has consented to Defendants' request for an extension of time, until October 5, 2009, to file their responsive pleadings;

2. This request is being made as the parties are engaged in negotiations towards a good faith settlement of this matter;

3. Defendants represent that this Motion is not filed for any improper purpose or motive and that just cause exists for this request for this time extension;

4. All parties represent that this Motion does not have any prejudicial effect on any party and that this Consent Motion will not cause any undue delay to the resolution of this matter.

                                              Respectfully Submitted,

Dated:  September 3, 2009

                                              /s/
                                  Michael G. Bowen
                                  Virginia State Bar No. 26039
                                  Counsel for Defendants Mu Ying Zhu and
                                        James R. Mullins
                                  Bourdow, Bowen & Ellis, P.C.
                                  5104 W. Village Green Drive, Suite 108
                                  Midlothian, VA 23112
                                  Tel. 804-744-6133
                                  Fax 804-744-9119
                                  mbowen@bbepc.com


                                  SEEN AND CONSENTED TO:

Dated:  September 4, 2009

                                              /s/
                                  Barry Dorans
                                  Virginia State Bar No. 23472
                                  Counsel for the Plaintiff
                                  Wolcott Rivers Gates, P.C.
                                  301 Bendix Road, Suite 500
                                  Virginia Beach, VA 23472
                                  Tel. 757-497-6633
                                  Fax 757-687-3678
                                  dorans@wolriv.com

                                  Milton Springut
                                  New York State Bar No. MS6571
                                  Tal S. Benschar
                                  New York State Bar No. TB0838
                                  Co-Counsel for the Plaintiff
                                  Kalow & Springut LLP
                                  488 Madison Avenue
                                  New York, New York 10022
                                  Tel. 212-813-1600
                                  Fax 212-813-9600
                                  ms@creativity-law.com
                                  tbenschar@creativity-law.com

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2009, I will file via United States mail, postage prepaid, a true copy of the foregoing Consent Motion to all counsel of record as follows:

>Michael G. Bowen, Esq.
>Bourdow, Bowen & Ellis, P.C.
>5104 W. Village Green Drive, Suite 108
>Midlothian, VA 23112
>*Counsel for Defendants Mu Ying Zhu d/b/a 2008JewelryQueen and James R. Mullins*

/s/
Barry Dorans
Virginia State Bar No. 23472
Counsel for the Plaintiff
Wolcott Rivers Gates, P.C.
301 Bendix Road, Suite 500
Virginia Beach, VA 23472
Tel. 757-497-6633
Fax 757-687-3678
dorans@wolriv.com

L:\VABEACH\BD\Act II Jewelry\Consent Motion for Ext. of Time to File Responsive Pleadings.rtf